UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JONATHAN JAVIER QUINTERO-
RANGEL,

      Petitioner,

    v.                                                    Case No.:  2:26-cv-00994-SPC-DNF

MARKWAYNE MULLIN *et al.*,

      Respondents,

_____/

## **OPINION AND ORDER**

Before the Court is Jonathan Javier Quintero-Rangel's Motion to Enforce Court Order (Doc. 11).

Quintero-Rangel, a noncitizen in immigration detention, sought habeas relief from this Court.  He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing.  The Court agreed and ordered the respondents to either bring Quintero-Rangel before an immigration judge for a bond hearing or release him from custody.

A bond hearing was held on April 23, 2026.  An immigration judge found Quintero-Rangel to be a flight risk because he "has lived in the United States for a short period of time, has no family ties to this country, no documented

history of employment, and no documented fixed address."  (Doc. 11-1 at 4).

Quintero-Rangel argues the immigration judge applied the wrong standard of

proof, abused his discretion in weighing the evidence, and misapplied Board of

Immigration Appeals ("BIA") precedence.  But the proper way to challenge the

result of the bond hearing is appeal to the BIA.  The Court cannot review an

immigration judge's discretionary bond decision.  *See* 8 U.S.C. § 1226(e).

Accordingly, Quintero-Rangel's post-judgment motion (Doc. 11) is **DENIED**.

    **DONE AND ORDERED** in Fort Myers, Florida on May 6, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2